HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat, Esq.
Mark T. Power, Esq.

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
                                                             :
**In re:**                                                   :     **Chapter 11**
                                                             :
**THE WECK CORPORATION,**                                    :     **Case No.: 10 _____(___)**
                                                             :
        **Debtor.**                             :
                                                             :
------------------------------------------------------------ X
                                                             :
**In re:**                                                   :     **Chapter 11**
                                                             :
**WEST WECK, LLC,**                                          :     **Case No.: 10 _____(___)**
                                                             :
        **Debtor.**                             :
                                                             :
------------------------------------------------------------ X
                                                             :
**In re:**                                                   :     **Chapter 11**
                                                             :
**WECK CHELSEA, LLC,**                                       :     **Case No.: 10 _____(___)**
                                                             :
        **Debtor.**                             :
                                                             :
------------------------------------------------------------ X
                                                             :
**In re:**                                                   :     **Chapter 11**
                                                             :
**GRACIOUS HOME.COM,**                                       :     **Case No.: 10 _____(___)**
                                                             :
        **Debtor.**                             :
                                                             :
------------------------------------------------------------ X

## DEBTORS' MOTION FOR JOINT ADMINISTRATION

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned attorneys, hereby file this motion (the "Motion") for an order, pursuant to Bankruptcy Rule 1015(b), granting joint administration of their chapter 11 cases for procedural purposes. In support of the relief requested in the Motion, the Debtors respectfully represent as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief requested herein is Bankruptcy Rule 1015(b).

## INTRODUCTION

2. On August 13, 2010 (the "Petition Date"), the Debtors each filed with this Court separate, voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to manage their properties and operate their business as debtors in possession pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee, examiner, or official committee has been appointed in these cases as of the date hereof.

3. Founded in 1963, when now Chairman Natan Wekselbaum ("NW") and his brother emigrated from Cuba, the Debtors began as a small neighborhood hardware store on Manhattan's Upper East Side. Remaining family-owned and operated for the ensuing 47 years, the Debtors today operate a housewares and home furnishings business at six (6) retail store locations, utilizing seven (7) store leases, a warehouse lease and an office lease, and an internet-based business, all under the name "*Gracious Home*".

4. In addition to its detailed product offering in home furnishings, Gracious Home offers a wide range of customized products and services, including personal shopping, corporate and bridal gifts, decorative hardware, lighting and plumbing, key making, knife sharpening, lamp re-wiring, vacuum repairs, custom window treatments and stationary. Having built their reputation and loyal client base on quality service, the stores cater not only to the sophisticated, higher-end, metropolitan consumer, but also architects, contractors, interior designers, electricians, plumbers, carpenters and developers.

## **RELIEF REQUESTED**

5. The Debtors hereby seek the joint administration of their chapter 11 cases, for procedural purposes only, pursuant to Bankruptcy Rule 1015(b). This is not a request for substantive consolidation.

6. The Debtors propose that these cases be jointly administered in the name of The Weck Corporation ("Weck Corp.") as it is the Debtors' main operating company and principal buying agent for inventory sold and distributed at all retail locations. Accordingly, Weck Corp. is the principal borrower under the Debtors' secured credit facility, inventory is purchased by Weck Corp. and Weck Corp. stands as principal obligee on the Debtors' account receivable. The Debtors propose that the caption of their jointly-administered chapter 11 cases be as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
: 
**In re:** : **Chapter 11**
:
**THE WECK CORPORATION**, *et al.*, : Case No.: Case No.: 10 _____(___)
:
**Debtors.** :
: **Jointly Administered**
---------------------------------------------------------------- X

7. The Debtors further propose that a docket entry be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing joint administration of this case for procedural purposes with the chapter 11 bankruptcy case of The Weck Corporation, Case No. 10 _____ (___). The docket for The Weck Corporation should be consulted for all matters affecting this case.

## BASIS FOR RELIEF REQUESTED

8. Bankruptcy Rule 1015(b) authorizes this Court to order the joint administration of the bankruptcy cases of a debtor and its affiliates. The Debtors are "affiliates," as such term is defined in Bankruptcy Code § 101(2), and accordingly, this Court is authorized to grant the relief requested herein.

9. The joint administration of the Debtors' chapter 11 cases will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. Joint administration will also enable parties in interest in each of the above-captioned chapter 11 cases to be apprised on the various matters before the Court in all of these cases.

10. The Debtors anticipate that, during the course of these cases, it will be necessary to file numerous motions and applications, as well as other pleadings and documents, seeking relief on behalf of all of the Debtors. The Debtors respectfully submit that joint

4

administration of their chapter 11 cases is in the best interests of their estates, creditors, and other parties-in-interest and will further the interests of judicial economy and administrative expediency by, among other things, obviating the need to file duplicate motions, to enter duplicate orders, and to forward unnecessary, duplicate notices to creditors and other parties-in-interest, which would result in unnecessary costs and expenses.

11. For the foregoing reasons, the Debtors respectfully request the immediate entry of an order providing for joint administration of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

## NOTICE

12. The Debtors have served notice of this Motion on (i) the Office of the U.S. Trustee, (ii) counsel to NewAlliance Bank, the Debtors' secured creditor and proposed DIP Lender, (iii) counsel to GH Acquisition, LLC, the Debtors' proposed plan sponsor and investor, and (iv) the Debtors' twenty (20) largest unsecured creditors. In light of the nature of the relief requested, the Debtors submit that no other or further notice need be provided.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form filed herewith, granting the relief requested herein and such other and further relief as may be just and proper under the circumstances.

Dated: August 13, 2010
      New York, New York

                        HAHN & HESSEN LLP

                        By: */s/ Rosanne T. Matzat*
                              A Member of the Firm
                        488 Madison Avenue
                        New York, New York

Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat (RM-6937)
rmatzat@hahnhessen.com
Mark T. Power (MP-1607)
mpower@hahnhessen.com

*Proposed Attorneys for Debtors and Debtors-In-Possession*