HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10018
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat, Esq.
Mark T. Power, Esq.

Proposed Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
In re                                                                      :     Chapter 11
                                                                                 :
THE WECK CORPORATION,                                  :     Motion for Joint Administration
d/b/a Gracious Home, et. al.                                  :     Pending
                                                                                 :
                Debtors.                                        :     Case No. 10-14349
                                                                                 :
---------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 17, 2010 AT 9:30 A.M.**

Set forth below is a proposed agenda for the First Day Hearing scheduled for **August 17, 2010** beginning at **9:30 a.m**. (the "Agenda"). The First Day Hearing will be held before the Honorable Judge Allan L. Gropper, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, 10004, Room 617:

    1.    **Debtors' Motion For Joint Administration [Docket No. 2]**

           Status: This matter will be going forward.

    2.    **Motion For An Order, Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rules 1015(c) And 9007 Implementing Certain Notice And Case Management Procedures [Docket No. 3]**

           Status: This matter will be going forward.

    3.    **Motion Pursuant To Bankruptcy Rule 1007(c) For An Extension Of The Time To File The Debtors' (I) Schedules Of Assets And Liabilities, (II) Schedules Of Current Income And Expenditures, (III) Schedules Of Executory Contracts And Unexpired Leases, And (IV) Statements Of Financial Affairs [Docket No. 4]**

Status: This matter will be going forward.

4.  **Motion Pursuant to Sections 105(a), 342(a), and 521(a)(1) of the Bankruptcy Code, Bankruptcy Rules 1007(a) and 2002(a), (f), and (l) and Local Bankruptcy Rule 1007-1 for (I) Waiver of Requirement to File List of Creditors and (II) Authority to Establish Procedures to Notify Creditors of the Commencement of the Debtors' Chapter 11 Cases [Docket No. 16]**

    Status: This matter will be going forward.

5.  **Motion For An Order Pursuant To Sections 105(a), 345(b), 363(c) And 364(a) Of The Bankruptcy Code Authorizing The Debtors To (I) Continue To Use Existing Cash Management System, (II) Maintain Existing Bank Accounts And Business Forms, And (III) Waive Requirements Of Section 345(b) Of The Bankruptcy Code [Docket No. 5]**

    Status: This matter will be going forward.

6.  **Motion For An Order Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code (I) Authorizing The Debtors To Pay Or Honor (A) Prepetition Wages, Compensation, Employee Benefits And Related Items And (B) Prepetition Employee Payroll Deductions And Withholdings; And (II) Authorizing The Debtors To Continue The Employee Benefits; [Docket No. 6]**

    Status: This matter will be going forward.

7.  **Motion Pursuant To Sections 105(a), 363, 503(b)(1), 1107(a), And 1108 Of The Bankruptcy Code And Bankruptcy Rule 6004 For Authorization To Honor Certain Prepetition Customer Programs [Docket No. 7]**

    Status: This matter will be going forward.

8.  **Motion For An Order Pursuant To Sections 105(a), 362(d), 363(b) And 503(b) Of The Bankruptcy Code (I) Authorizing The Debtors To (A) Continue Their Workers' Compensation Program And Their Insurance Programs And (B) Pay All Obligations In Respect Thereof And (II) Authorizing Financial Institutions To Honor And Process Checks And Transfers Related To Such Obligations [Docket No. 8]**

    Status: This matter will be going forward.

9. **Debtors' Motion, Pursuant To Sections 105(a), 363(b), And 541 Of The Bankruptcy Code, (I) For Authorization To Pay Prepetition Sales And Use Taxes And (II) To Schedule A Final Hearing [Docket No. 9]**

   Status: This matter will be going forward

10. **Application In Support Of Entry Of Interim Order Granting Emergency Motion For Order Under 11 U.S.C. §§ 105, 363, 364(c)(1) & (2), And 364(e), Fed. R. Bankr. P. 2002, 4001, And 9014, (I) Authorizing Debtors To Obtain Post-Petition Financing On Superpriority And Secured Basis, (II) Permitting The Use Of The Cash Collateral, (III) Granting Interim Relief, And (IV) Scheduling A Final Hearing Under Fed. R. Bankr. P. 4001(b)(2) And (c) [Docket No. 10]**

    Status: This matter will be going forward

The following Motions or Applications have been filed and at the request of the Office of the United States Trustee, will be heard at a later hearing to be scheduled by the Court:

1. **Debtors' Application For An Order Under Bankruptcy Code Sections 327(a) And 328 And Bankruptcy Rules 2014 And 2016 Authorizing Employment And Retention Of Hahn & Hessen LLP As Attorneys For Debtors, Nunc Pro Tunc To The Petition Date [Docket No. 12]**

2. **Application For An Order Pursuant To Sections 327(a) And 328(a) Of The Bankruptcy Code And Bankruptcy Rule 2014(a) Authorizing The Employment And Retention Of Triton Equity Partners, LLC As Financial Advisory Firm And Investment Banker For The Debtors Nunc Pro Tunc To The Petition Date [Docket No. 13]**

3. **Application Of The Debtors For Order Authorizing Retention And Appointment Of The Garden City Group As Claims Agent For The Clerk Of The Bankruptcy Court Under 28 U.S.C. § 156(c) And Granting Related Relief [Docket No. 14]**

4. **Motion For An Order, Pursuant To Sections 105(a), 327, 328, And 330 Of The Bankruptcy Code, Authorizing The Employment Of Professionals Utilized In The Ordinary Course Of Business [Docket No. 15]**

5. **Motion For An Order, Pursuant To Sections 105(a) And 331 Of The Bankruptcy Code And Bankruptcy Rule 2016(a), Establishing Procedures For Interim Monthly Compensation And Reimbursement Of Expenses Of Professionals [Docket No. 17]**

6. **Motion For An Order Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service, (II) Deeming Utilities Adequately Assured Of Future Payment, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment [Docket No. 18]**

7. **Motion For An Order Authorizing Debtors To Assume (A) American Express Card Acceptance Agreement and (B) Certain American Express Commercial Card Products [Docket No. 19]**

Dated: August 13, 2010
New York, New York

**HAHN & HESSEN LLP**

By: */s/ Rosanne T. Matzat*
　　　A Member of the Firm
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat (RM-6937)
rmatzat@hahnhessen.com
Mark T. Power (MP-1607)
mpower@hahnhessen.com

Proposed Counsel to The Debtors and
Debtors in Possession