# Exhibit B

**8/10/2010  16:01 PM**

**DIP LOAN BUDGET**

Notwithstanding anything herein to the contrary, all information is subject to errors, omissions, change, revocation or actual or future results. Future result may materially differ from actual or future performance. Note (1):  Assumes certain stores may close at certain times, but the Company may make other plans that is intended cumulatively to be cash neutral, although the foregoing is subject to actual results that can not be assured or guaranteed; accordingly, the foregoing may result in higher or lower receipts and higher or lower disbursements.

| Week Beginning Sunday<br>Week Ending Saturday | 15-Aug<br>22-Aug | 22-Aug<br>29-Aug | 29-Aug<br>5-Sep | 5-Sep<br>12-Sep | 12-Sep<br>19-Sep | 19-Sep<br>26-Sep |
|---|---|---|---|---|---|---|
| Cash Balance Beginning | 893,900 | 1,416,300 | 1,271,000 | 908,228 | 967,157 | 1,495,785 |
| Cash / Check Deposits | 160,000 | 160,000 | 120,000 | 180,000 | 180,000 | 180,000 |
| Credit Card Deposits | 915,000 | 915,000 | 915,000 | 1,015,000 | 1,015,000 | 1,015,000 |
| Chelsea Clearance Event |  |  | 100,000 | 100,000 | 100,000 | 100,000 |
| Total Sales (+ST) Receipts  (Note 1) | 1,075,000 | 1,075,000 | 1,135,000 | 1,295,000 | 1,295,000 | 1,295,000 |
| DIP Proceeds Take Down for Week | 300,000 | 200,000 | 200,000 | 100,000 | 100,000 | 100,000 |
| Rent |  |  | 728,000 |  |  | 40,000 |
| Payroll |  | 449,700 |  | 474,700 |  | 432,400 |
| Severance and Retention |  |  |  |  |  |  |
| Payroll - related | 32,000 |  | 32,000 |  | 30,000 |  |
| Sales Tax | 50,000 | 300,000 |  |  |  | 350,000 |
| Credit Card fees | 50,000 |  | 50,000 |  | 50,000 |  |
| Stores & Corp Operating Expenses | 99,000 | 99,000 | 92,072 | 92,072 | 92,072 | 92,072 |
| Other Expenses and Deductions | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Bank Interest and Fees | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 |
| Merchandise | 419,500 | 469,500 | 676,100 | 649,700 | 574,700 | 574,700 |
| Capital Expenditure | 100,000 | - | - | - | - | - |
| Post-pet. Creditors' Committee | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 |
| US Trustee Fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Claims Agent | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Post-pet. Debtor professionals | 47,100 | 47,100 | 64,600 | 64,600 | 64,600 | 64,600 |
| **Total Disbursements** | 852,600 | 1,420,300 | 1,697,772 | 1,336,072 | 866,372 | 1,608,772 |
| **Closing Cash Balance** | 1,416,300 | 1,271,000 | 908,228 | 967,157 | 1,495,785 | 1,282,014 |

**8/10/2010  16:01 PM**

**DIP LOAN BUDGET**

| Week Beginning Sunday<br>Week Ending Saturday | 26-Sep<br>3-Oct | 3-Oct<br>10-Oct | 10-Oct<br>17-Oct | 17-Oct<br>24-Oct | 24-Oct<br>31-Oct | 31-Oct<br>7-Nov | 7-Nov<br>14-Nov |
|---|---|---|---|---|---|---|---|
| Cash Balance Beginning | 1,282,014 | 1,717,762 | 1,055,175 | 1,337,471 | 1,353,266 | 1,444,678 | 920,207 |
| Cash / Check Deposits | 165,000 | 165,000 | 165,000 | 165,000 | 173,250 | 173,250 | 173,250 |
| Credit Card Deposits | 858,000 | 858,000 | 858,000 | 843,000 | 885,150 | 885,150 | 885,150 |
| Chelsea Clearance Event | 100,000 | | | | | | |
| Total Sales (+ST) Receipts  (Note 1) | 1,123,000 | 1,023,000 | 1,023,000 | 1,008,000 | 1,058,400 | 1,058,400 | 1,058,400 |
| DIP Proceeds Take Down for Week | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | |
| Rent | | 567,483 | | | | 567,483 | |
| Payroll | | 407,400 | | 378,400 | | 378,400 | |
| Severance and Retention | | 40,000 | | | | | 40,000 |
| Payroll - related | 30,000 | | 30,000 | | 30,000 | | 30,000 |
| Sales Tax | | | | 50,000 | 350,000 | | |
| Credit Card fees | 50,000 | | 40,000 | | | 50,000 | |
| Stores & Corp Operating Expenses | 92,072 | 80,524 | 80,524 | 80,524 | 80,524 | 80,524 | 80,524 |
| Other Expenses and Deductions | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Bank Interest and Fees | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 |
| Merchandise | 495,580 | 570,580 | 570,580 | 463,680 | 486,864 | 486,864 | 586,864 |
| Capital Expenditure | - | - | - | - | - | - | - |
| Post-pet. Creditors' Committee | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 |
| US Trustee Fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Claims Agent | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Post-pet. Debtor professionals | 64,600 | 64,600 | 64,600 | 64,600 | 64,600 | 64,600 | 64,600 |
| **Total Disbursements** | 787,252 | 1,785,587 | 840,704 | 1,092,204 | 1,066,988 | 1,682,871 | 856,988 |
| **Closing Cash Balance** | **1,717,762** | **1,055,175** | **1,337,471** | **1,353,266** | **1,444,678** | **920,207** | **1,121,619** |

**8/10/2010  16:01 PM**

**DIP LOAN BUDGET**

|  | | POR Exit - 16 |
|---|---:|---:|
| Week Beginning Sunday | 14-Nov | 21-Nov |
| Week Ending Saturday | 21-Nov | 28-Nov |
| Cash Balance Beginning | 1,121,619 | 974,630 |
| Cash / Check Deposits | 173,250 | 198,000 |
| Credit Card Deposits | 885,150 | 1,029,600 |
| Chelsea Clearance Event | | |
| Total Sales (+ST) Receipts  (**Note 1**) | 1,058,400 | 1,227,600 |
| DIP Proceeds Take Down for Week | | |
| Rent | | |
| Payroll | 378,400 | |
| Severance and Retention | | |
| Payroll - related | | 30,000 |
| Sales Tax | | 350,000 |
| Credit Card fees | 40,000 | |
| Stores & Corp Operating Expenses | 80,524 | 80,524 |
| Other Expenses and Deductions | 25,000 | 25,000 |
| Bank Interest and Fees | 10,500 | 10,500 |
| Merchandise | 586,864 | 614,696 |
| Capital Expenditure | - | - |
| Post-pet. Creditors' Committee | 13,300 | 13,300 |
| US Trustee Fees | 1,500 | 1,500 |
| Claims Agent | 4,700 | 4,700 |
| Post-pet. Debtor professionals | 64,600 | 64,600 |
| **Total Disbursements** | 1,205,388 | 1,194,820 |
| **Closing Cash Balance** | **974,630** | **1,007,410** |
| | | POR Exit - 16 |

| DIP LOAN BUDGET | CONFIDENTIAL FORECAST FOR GRACIOUS HOME | | | | | August 10, 2010 16:01 PM |
|---|---|---|---|---|---|---|

| Week Beginning Sunday | 15-Aug | 22-Aug | 29-Aug | 5-Sep | 12-Sep | 19-Sep |
|---|---|---|---|---|---|---|
| Week Ending Saturday | 22-Aug | 29-Aug | 5-Sep | 12-Sep | 19-Sep | 26-Sep |

**DIP LOAN BUDGET ADVANCES:**

**Inventory Advances**

| | 15-Aug | 22-Aug | 29-Aug | 5-Sep | 12-Sep | 19-Sep |
|---|---|---|---|---|---|---|
| Perpetual Inventory | 9,850,000 | 9,825,000 | 9,979,000 | 10,033,000 | 10,012,000 | 9,991,000 |
| Total Reserves (shk, sup, cus cred, prof) | (505,000) | (505,000) | (505,000) | (555,000) | (555,000) | (555,000) |
| Net Inventory | 9,345,000 | 9,320,000 | 9,474,000 | 9,478,000 | 9,457,000 | 9,436,000 |
| NOLV | 85% | 85% | 95% | 95% | 95% | 95% |
| Advance Rate | 95% | 95% | 95% | 95% | 95% | 95% |
| **INVENTORY AVAILABILITY** | **7,546,088** | **7,525,900** | **8,550,285** | **8,553,895** | **8,534,943** | **8,515,990** |

**Accounts Receivable Advances**

| **House Accounts** | 500,000 | 500,000 | 525,000 | 525,000 | 525,000 | 525,000 |
|---|---|---|---|---|---|---|
| HA Reserve | 10% | 10% | 10% | 10% | 10% | 10% |
| HA Eligible | 450,000 | 450,000 | 472,500 | 472,500 | 472,500 | 472,500 |
| AR Advance Rate | 85% | 85% | 85% | 85% | 85% | 85% |
| **HOUSE ACCTS AVAILABILITY** | **382,500** | **382,500** | **401,625** | **401,625** | **401,625** | **401,625** |

**CC Receivables Advances**

| Eligible C.C. Accounts Receivable | 500,000 | 500,000 | 525,000 | 525,000 | 525,000 | 525,000 |
|---|---|---|---|---|---|---|
| C.C. Advance Rate @ 90% | 90% | 90% | 90% | 90% | 90% | 90% |
| **CREDIT CARD AVAILABILITY** | **450,000** | **450,000** | **472,500** | **472,500** | **472,500** | **472,500** |

**TOTAL GROSS AVAILABILITY**

| Total Net Availability | 8,378,588 | 8,358,400 | 9,424,410 | 9,428,020 | 9,409,068 | 9,390,115 |
|---|---|---|---|---|---|---|
| Secured Loan Funding | 8,344,813 | 8,344,813 | 8,344,813 | 8,344,813 | 8,344,813 | 8,344,813 |
| Excess/(Deficit) Net Availability | 33,775 | 13,587 | 1,079,598 | 1,083,208 | 1,064,255 | 1,045,303 |
| Cash | 1,416,300 | 1,271,000 | 908,228 | 967,157 | 1,495,785 | 1,282,014 |
| Minimum Cash | (400,000) | (400,000) | (400,000) | (400,000) | (400,000) | (400,000) |
| DIP Loan Cumulative Outstanding | (300,000) | (500,000) | (700,000) | (800,000) | (900,000) | (1,000,000) |
| Contingency Reserves | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| **NET UNUSED AVAILABILITY** | **650,075** | **284,587** | **787,826** | **750,364** | **1,160,040** | **827,316** |

| Week Beginning Sunday | 26-Sep | 3-Oct | 10-Oct | 17-Oct | 24-Oct | 31-Oct | 7-Nov |
|---|---|---|---|---|---|---|---|
| Week Ending Saturday | 3-Oct | 10-Oct | 17-Oct | 24-Oct | 31-Oct | 7-Nov | 14-Nov |

**DIP LOAN BUDGET ADVANCES:**

**Inventory Advances**

| | 26-Sep | 3-Oct | 10-Oct | 17-Oct | 24-Oct | 31-Oct | 7-Nov |
|---|---|---|---|---|---|---|---|
| Perpetual Inventory | 9,970,000 | 10,070,000 | 10,170,000 | 10,170,000 | 10,170,000 | 10,170,000 | 10,270,000 |
| Total Reserves (shk, sup, cus cred, prof) | (555,000) | (555,000) | (555,000) | (555,000) | (555,000) | (555,000) | (555,000) |
| Net Inventory | 9,415,000 | 9,515,000 | 9,615,000 | 9,615,000 | 9,615,000 | 9,615,000 | 9,715,000 |
| NOLV | 95% | 95% | 95% | 95% | 95% | 100% | 100% |
| Advance Rate | 95% | 95% | 95% | 95% | 95% | 95% | 95% |
| **INVENTORY AVAILABILITY** | **8,497,038** | **8,587,288** | **8,677,538** | **8,677,538** | **8,677,538** | **9,134,250** | **9,229,250** |

**Accounts Receivable Advances**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **House Accounts** | 550,000 | 550,000 | 550,000 | 550,000 | 550,000 | 575,000 | 575,000 |
| HA Reserve | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| HA Eligible | 495,000 | 495,000 | 495,000 | 495,000 | 495,000 | 517,500 | 517,500 |
| AR Advance Rate | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| **HOUSE ACCTS AVAILABILITY** | **420,750** | **420,750** | **420,750** | **420,750** | **420,750** | **439,875** | **439,875** |

**CC Receivables Advances**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eligible C.C. Accounts Receivable | 550,000 | 550,000 | 550,000 | 550,000 | 550,000 | 575,000 | 575,000 |
| C.C. Advance Rate @ 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% |
| **CREDIT CARD AVAILABILITY** | **495,000** | **495,000** | **495,000** | **495,000** | **495,000** | **517,500** | **517,500** |

**TOTAL GROSS AVAILABILITY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Net Availability | 9,412,788 | 9,503,038 | 9,593,288 | 9,593,288 | 9,593,288 | 10,091,625 | 10,186,625 |
| Secured Loan Funding | 8,344,813 | 8,344,813 | 8,344,813 | 8,344,813 | 8,344,813 | 8,344,813 | 8,344,813 |
| Excess/(Deficit) Net Availability | 1,067,975 | 1,158,225 | 1,248,475 | 1,248,475 | 1,248,475 | 1,746,813 | 1,841,813 |
| Cash | 1,717,762 | 1,055,175 | 1,337,471 | 1,353,266 | 1,444,678 | 920,207 | 1,121,619 |
| Minimum Cash | (400,000) | (400,000) | (400,000) | (400,000) | (400,000) | (400,000) | (400,000) |
| DIP Loan Cumulative Outstanding | (1,100,000) | (1,200,000) | (1,300,000) | (1,400,000) | (1,500,000) | (1,600,000) | (1,600,000) |
| Contingency Reserves | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| **NET UNUSED AVAILABILITY** | **1,185,737** | **513,400** | **785,946** | **701,741** | **693,153** | **567,019** | **863,431** |

| | Week Beginning Sunday | 14-Nov | 21-Nov |
|---|---|---|---|
| | Week Ending Saturday | 21-Nov | 28-Nov |
| **DIP LOAN BUDGET ADVANCES:** | | | |
| **Inventory Advances** | | | |
| | Perpetual Inventory | 10,370,000 | 10,420,000 |
| | Total Reserves (shk, sup, cus cred, prof) | (555,000) | (555,000) |
| | Net Inventory | 9,815,000 | 9,865,000 |
| | NOLV | 100% | 100% |
| | Advance Rate | 95% | 95% |
| ***INVENTORY AVAILABILITY*** | | **9,324,250** | **9,371,750** |
| **Accounts Receivable Advances** | | | |
| **House Accounts** | | 575,000 | 575,000 |
| | HA Reserve | 10% | 10% |
| | HA Eligible | 517,500 | 517,500 |
| | AR Advance Rate | 85% | 85% |
| **HOUSE ACCTS AVAILABILITY** | | **439,875** | **439,875** |
| **CC Receivables Advances** | | | |
| | Eligible C.C. Accounts Receivable | 575,000 | 575,000 |
| | C.C. Advance Rate @ 90% | 90% | 90% |
| **CREDIT CARD AVAILABILITY** | | **517,500** | **517,500** |
| **TOTAL GROSS AVAILABILITY** | | | |
| | Total Net Availability | 10,281,625 | 10,329,125 |
| | Secured Loan Funding | 8,344,813 | 8,344,813 |
| | Excess/(Deficit) Net Availability | 1,936,813 | 1,984,313 |
| | Cash | 974,630 | 1,007,410 |
| | Minimum Cash | (400,000) | (400,000) |
| | DIP Loan Cumulative Outstanding | (1,600,000) | (1,600,000) |
| | Contingency Reserves | (100,000) | (100,000) |
| **NET UNUSED AVAILABILITY** | | **811,443** | **891,723** |