HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat, Esq.
Mark T. Power, Esq.

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **THE WECK CORPORATION,** | : | **Case No.: 10-14349 (AJG)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **WEST WECK, LLC,** | : | **Case No.: 10- 14350 (AJG)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **WECK CHELSEA, LLC,** | : | **Case No.: 10 - 14353 (AJG)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **GRACIOUS HOME.COM,** | : | **Case No.: 10 - 14351 (AJG)** |
| Debtor. | : | |

## ORDER DIRECTING JOINT ADMINISTRATION

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order directing joint administration of their chapter 11 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting the Motion; and upon consideration of the Affidavit of Jordan Smilowitz in Support of First-Day Motions; and upon the record of these chapter 11 cases and any hearings held to consider the Motion; and it appearing that joint administration of the Debtors' individual chapter 11 cases for procedural purposes will be in the best interests of the Debtors' estates, creditors, and all other parties-in-interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and proper under the circumstances of these cases, and it appearing that no other or further notice need be given; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the above-captioned chapter 11 cases shall be jointly administered for procedural purposes; and it is further

ORDERED that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered chapter 11 cases shall be as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
:
**In re:** : **Chapter 11**
:
**The Weck Corporation,** *et al.***,** : **Case No.: 10-14349 (AJG)**
:
                   **Debtors.** : **Jointly Administered**
:
-------------------------------------------------------------X

and it is further

      ORDERED that a docket entry shall be made in each of the above-captioned Chapter 11 cases substantially as follows:

      An order has been entered in this case directing joint administration of this case for procedural purposes with the chapter 11 bankruptcy case of The Weck Corporation, Case No. 10-14349 (AJG). The docket for The Weck Corporation should be consulted for all matters affecting this case.;

and it is further

      ORDERED that the Debtors are authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order; and it is further

      ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: New York, New York
       August 17, 2010

                                                **s/Allan L. Gropper**
                                                UNITED STATES BANKRUPTCY JUDGE