UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                                                     :
In re                                                           :      Chapter 11
                                                           :
THE WECK CORPORATION,              :      Case No. 10-14349 (AJG)
d/b/a Gracious Home, *et al.*                  :
                                                           :
                        Debtors.                         :
------------------------------------------------------------- x

**ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) EXTENDING THE TIME TO FILE THE DEBTORS' (I) SCHEDULES OF ASSETS AND LIABILITIES, (II) SCHEDULES OF CURRENT INCOME AND EXPENDITURES, (III) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion, dated August 13, 2010 (the "Motion"),[1] of The Weck Corporation, d/b/a Gracious Home, West Weck, LLC, Gracious Home.com, LLC and Weck Chelsea, LLC, as debtors and debtors in possession (the "Debtors"),[2] pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the Debtors seek an extension of time within which they must file their (i) schedules of assets and liabilities, (ii) schedules of current income and expenditures, (iii) schedules of executory contracts and unexpired leases, and (iv) statements of financial affairs (collectively, the "Schedules and Statements"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested

---

[1]      Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion.

[2]      The Debtors in these cases, together with the last four digits of their respective federal tax identification numbers, are as follows: The Weck Corporation (6057); West Weck, LLC (1934); Gracious Home.com, LLC (4754); Weck Chelsea, LLC (3431).

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the U.S. Trustee for the Southern District of New York (ii) counsel to NewAlliance Bank, the Debtors' secured creditor and proposed DIP lender (iii) counsel to GH Acquisition, LLC, the Debtors' proposed plan sponsor and investor and (iv) the Debtors' twenty (20) largest unsecured creditors, and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion being in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that pursuant to Bankruptcy Rule 1007(c) the time by which the Debtors must file its Schedules and Statements is extended through and including September 27, 2010, without prejudice to the Debtors' right to seek further extensions upon a showing of cause therefor; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order; and it is further

ORDERED that notice of the Motion as provided herein shall be deemed good and sufficient of such Motion.

Dated: August 17, 2010
      New York, New York

                                       **s/Allan L. Gropper**
                                       UNITED STATES BANKRUPTCY JUDGE