UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
In re : Chapter 11
:
THE WECK CORPORATION, : Case No. 10- 14349 (AJG)
d/b/a Gracious Home, *et al.* :
:
Debtors. :
----------------------------------------------------------------- x

ORDER PURSUANT TO SECTIONS 105(a), 363, 503(b)(1), 1107(a),
AND 1108 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6004
AUTHORIZING THE DEBTORS TO HONOR CERTAIN
<u>PREPETITION CUSTOMER PROGRAMS</u>

Upon the motion, dated August 13, 2010 (the "<u>Motion</u>"),[1] of The Weck Corporation, d/b/a Gracious Home, West Weck, LLC, Gracious Home.com, LLC and Weck Chelsea, LLC, as Debtors and debtors in possession (collectively, the "<u>Debtors</u>"),[2] for an order, pursuant to sections 105(a), 363, 503(b)(1), 1107(a), and 1108 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), for authorization to perform and honor, in the Debtors' discretion, the Debtors' prepetition obligations related to certain customer programs and practices (the "<u>Customer Programs</u>"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion.

[2] The Debtors in these cases, together with the last four digits of their respective federal tax identification numbers, are as follows: The Weck Corporation (6057); West Weck, LLC (1934); Gracious Home.com, LLC (4754); Weck Chelsea, LLC (3431).

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the U.S. Trustee, (ii) counsel to NewAlliance Bank, the Debtors' secured creditor and proposed DIP Lender, (iii) counsel to GH Acquisition, LLC, the Debtors' proposed plan sponsor and investor, (iv) the Debtors' twenty (20) largest unsecured creditors, and (v) the Attorney General for the State of New York, and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion being in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that, pursuant to sections 105(a), 363, 503(b)(1), 1107(a) and 1108 of the Bankruptcy Code, the Debtors are authorized, but not directed, to perform and honor their prepetition obligations related to the Customer Programs as they deem appropriate in their business judgment, in the ordinary course of business, without further application to the Court; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order; and it is further

ORDERED that nothing herein shall be construed to limit, or in any way affect, the Debtors' ability to dispute any claim or a waiver of the Debtors' rights to subsequently dispute such claim; and it is further

ORDERED that nothing herein shall be construed as an admission as to the validity of any claim against the Debtors, a waiver of the Debtors' right to dispute any claim, or an approval or assumption of any agreement, contract or lease under section 365 of the Bankruptcy Code; and it is further

ORDERED that notice of the Motion as provided herein shall be deemed good and sufficient notice of such Motion.

Dated: August 17, 2010
New York, New York

**s/Allan L. Gropper**
UNITED STATES BANKRUPTCY JUDGE