UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                                                    :

In re                                                                :         Chapter 11

**THE WECK CORPORATION,**                 :         Case No. 10-14349 (AJG)
**d/b/a Gracious Home, et al.[1]**               : 

                                                                               **Motion to Consolidate Pending**

                          **Debtors.**                        :
                                                                            :
---------------------------------------------------------------- x

## ORDER PURSUANT TO LOCAL BANKRUPTCY
## RULE 1007-2(e) SCHEDULING INITIAL CASE CONFERENCE

The Weck Corporation, d/b/a Gracious Home, West Weck, LLC, Gracious Home.com LLC, and Weck Chelsea, LLC, as debtors and debtors in possession (the "Debtors"), having filed a petition for reorganization under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") on August 13, 2010, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to section 105(d) of the Bankruptcy Code, that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room 523, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on September 1, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

ORDERED that the Debtors shall give notice by mail of this order at least seven

---

[1] The Debtors in these cases, together with the last four digits of their respective federal tax identification numbers, are as follows: The Weck Corporation 6057; West Weck, LLC 1934; Gracious Home.com, LLC 4754; Weck Chelsea, LLC 3431.

days prior to the scheduled conference to (i) the Office of the United States Trustee for the Southern District of New York (Attn: Susan Golden, Esq.), (ii) counsel to NewAlliance Bank, the Debtors' secured creditor and proposed DIP Lender, (iii) counsel to GH Acquisition, LLC, the Debtors' proposed plan sponsor and investor, (iii) to each committee appointed to serve in the case pursuant to section 1102 of the Bankruptcy Code (or, if no committee has been appointed, to the holders of the 20 largest unsecured claims) and the holders of the five largest secured claims, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: August 17, 2010
      New York, New York

                                              s/Arthur J. Gonzalez
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE