UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                  :
In re:                                            :    Chapter 11
                                                  :
THE WECK CORPORATION                              :    Motion for Joint Administration
d/b/a, Gracious Home *et al.*,[1]                 :    Pending
                                                  :
                       Debtors.                   :    Case No. 10-14349 (AJG)
------------------------------------------------------------------ X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Marc A. Wasserman, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 16, 2010, at the direction of Hahn & Hessen LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following document to be served by overnight delivery on the parties on the Master Service List[2] and certain additional parties as set forth on the service list annexed hereto as Exhibit A:

---

[1] The Debtors in these cases, together with the last four digits of their respective federal tax identification numbers, are as follows: The Weck Corporation (6057); West Weck, LLC (1934); Gracious Home.com, LLC (3431); and Weck Chelsea, LLC (4754).

[2] The Master Service List is comprised of the Office of the United States Trustee, counsel to New Alliance Bank, the Debtors' secured creditor and proposed DIP Lender, counsel to GH Acquisition, LLC, Debtors' proposed plan sponsor and investor, the twenty (20) largest unsecured creditors, the Internal Revenue Service, NYC Dept. of Finance, NYS Dept. of Taxation and Finance, NYS Unemployment Insurance Fund, Office of the Attorney General, Securities and Exchange Commission, the United States Attorney, and all parties who have timely filed requests for notice under Rule 2002 of the Bankruptcy Rules.

1

- Supplemental Exhibits A and B to the Application in Support of Entry of Interim Order Granting Emergency Motion for Order under 11 U.S.C. §§ 105, 363, 364(c)(1) & (2), and 364(e), Fed. R. Bankr. P. 2002, 4001, and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing on Superpriority and Secured Basis, (II) Permitting the Use of the Cash Collateral, (III) Granting Interim Relief, and (iv) Scheduling a Final Hearing under Fed. R. Bankr. P. 4001(b)(2) and (c) [Docket No. 21].

/s/ Marc A. Wasserman
Marc A. Wasserman

Sworn to before me this 17th day of
August, 2010

/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires: August 8, 2014

# EXHIBIT A

AMERICAN EXPRESS CO
P.O. BOX 2855
NEW YORK, NY 10116

BRADFORD SWETT MANAGEMENT LLC
1536 THIRD AVENUE
3RD FLOOR
NEW YORK, NY 10028

CONTINENTAL
SUPERBAG LLC
P.O. BOX 65753
CHARLOTTE, NC 28265

CORPORATION / CAPITAL SOLUTIONS
GE COMMERCIAL DISTRIBUTION FINANCE
500 MOMANY DRIVE
ST. JOSEPH, MI 49085

DEWEY & LEBOEUF LLP
ATTN JUDY G.Z. LUI
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

FRAYDUN REALTY CO
150 E 58TH STREET
NEW YORK, NY 10155

GREENBERG TRAURIG LLP
ATTN: JEFFREY M. WOLF
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

GREENBERG TRAURIG LLP
ATTN: TIMOTHY P. MANNING
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

GREENBERG TRAURIG LLP
ATTN: ALAN J. BRODY
200 PARK AVENUE
P.O. BOX 677
FLORHAM PARK, NJ 07932

H.GEORGE CASPARI CO.
99 COGWHEEL LANE
SEYMOUR, CT 06483

HABIDECOR & ABYSS.
P.O. BOX 429
WINDSOR, NJ 08561

HITACHI CAPITAL AMERICA CORPORATION
21925 NETWORK PLACE
CHICAGO, IL 60673

HOLTKOETTER INT"L INC
155 HARDMAN AVENUE SOUTH
P.O. BOX 623
SOUTH ST. PAUL, MN 55075

INTERNAL REV. SERVICE
CEN. INSOLVENCY OPS
P.O. BOX 21126
PHILADELPHIA, PA 19114

JOHN MATOUK & CO INC
11 EAST 26TH STREET
NEW YORK, NY 10010

LINCOLN METROCENTER PTNRS LP
1995 BROADWAY
3RD FLOOR
NEW YORK, NY 10023

MIELE APPLIANCES INC.(8810)
9 INDEPENDENCE WAY
PRINCETON, NJ 08540

NEW ALLIANCE BANK
690 CANTON STREET
SUITE 214
WESTWOOD, MA 02090

NYC DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS; DEVORA COHN
345 ADAMS ST
3RD FL
BROOKLYN, NY 11201

NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL
P.O. BOX 5300
PROC SECTION
ALBANY, NY 12205

| | |
|---|---|
| NYS UNEMPLOYMENT<br>INSURANCE FUND<br>P.O. BOX 551<br>ALBANY, NY 12201 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN ANDREW CUOMO<br>120 BROADWAY<br>NEW YORK, NY 10271 |
| OXFORD INSURANCE<br>ATTN: MATT POWER<br>225 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | PANASONIC CORP. OF NORTH AMERICA<br>5201 TOLLVIEW DRIVE<br>ROLLING MEADOWS, IL 60008 |
| PENSION BENEFIT GUARANTY CORP<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET<br>SUITE 340<br>WASHINGTON, DC 20005 | ROCKROSE DEVELOPMENT CORP<br>290 PARK AVE SOUTH<br>NEW YORK, NY 10010 |
| ROSENFELD WOLFF & KLEIN<br>ATTN: MORTON M. ROSENFELD<br>1901 AVENUE OF THE STARS<br>SUITE 500<br>LOS ANGELES, CA 90067 | ROSENFELD WOLFF & KLEIN<br>ATTN: STEVEN G. WOLFF<br>1901 AVENUE OF THE STARS<br>SUITE 500<br>LOS ANGELES, CA 90067 |
| ROSENFELD WOLFF & KLEIN<br>MORTON M. ROSENFELD<br>1901 AVENUE OF THE STARS<br>SUITE 500<br>LOS ANGELES, CA 90067 | SATCO PRODUCTS INC<br>110 HEARTLAND BLVD<br>BRENTWOOD, NY 11717 |
| SCANDIA DOWN LLC<br>P.O. BOX 2465<br>LA CROSSE, WI 54602 | SEC. & EXCHANGE COMM.; NE REGION<br>JOHN MURRAY<br>233 BROADWAY<br>WOOLWORTH BLDG<br>NEW YORK, NY 10279 |
| SFERRA BROS LTD<br>15 MAYFIELD AVENUE<br>P.O.BOX 6690<br>EDISON, NJ 08818 | THE NEW YORK TIMES W7770 RA<br>620 EIGHT AVENUE<br>NEW YORK, NY 10018 |
| TRUE VALUE COMPANY<br>MEMBER #06448-5<br>P.O. BOX 3316<br>BOSTON, MA 02241 | UNITED STATES ATTORNEY<br>BANKRUPTCY DIVISION<br>ONE ST. ANDREWS PLAZA<br>CLAIMS UNIT- ROOM 417<br>NEW YORK, NY 10007 |
| US TRUSTEES OFFICE; REGION 2<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10007 | VISUAL COMFORT & CO.<br>P.O. BOX 974399<br>DALLAS, TX 75397 |
| VORNADO AIR CIRCULATION<br>P.O. BOX 873895<br>KANSAS CITY, MO 64187 | YVES DELORME<br>1725 BROADWAY<br>CHARLOTTSVILLE, VA 22902 |