**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------
x                                           **Chapter 11**
In re:                         :
                              :      **Case No. 10 B 14349 (AJG)**

**The Weck Corporation**         :
**d/b/a Gracious Home, et al.**      :     **(Jointly Administered)**
                   **Debtors.**   :
--------------------------------------------------------**x**

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      As of August 24, 2010, Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of The Weck Corporation d/b/a Gracious Home and affiliated debtors in possession.

       1.       True Value Company
                   30 Melody Lane
                   Mills River, North Carolina 28759
                   Attention: Stuart McInnis, Director, Credit Services
                   Telephone: (828) 891-2889
                   Fax: (828) 891-2889

       2.       John Matouk & Co., Inc.
                   925 Airport Road
                   Fall River, Massachusetts 02720
                   Attention: George Matouk Jr., President
                   Telephone: (508) 997-3444
                   Fax: (508) 675-5112

       3.       Habidecor & Abyss, Inc.
                   Windsor Industrial Park
                   92 North Main Street
                   Windor, New Jersey
                   Attention: Leslie Connell, Vice President
                   Telephone: (609) 426-4780
                   Fax: (609) 426-4486

4.      Yves Delorme, Inc.
        1725 Broadway Street
        Charlottesville, Virginia 22902
        Attention: Jason Reitsma, Treasurer and CFO
        Telephone: (434) 979-3911
        Fax: (434) 979-7886

5.      Satco Products, Inc.
        110 Heartland Blvd
        Brentwood, New York 111717
        Attention: Kathleen Porretta, Credit Manager
        Telephone: (631) 243-2022
        Fax: (631) 243-2796

6.      The Townsend House Corporation
        176 East 71st Street
        New York, New York 10021
        Attention: Sandy Kutz, President
        Telephone: (212) 988-9357
        Fax: (212) 650-0686

7.      Hanover Estates LLC
        c/o Bonafide Estates, Inc.
        630 Fifth Avenue - Suite 3165
        New York, New York 10111
        Attention: Alan N. Locker, Manager
        Telephone: (212) 757-6027
        Fax: (212) 333-4259


Dated: New York, New York
        August 24, 2010

                                TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE


                        By:     /s/ Susan D. Golden
                                Susan D. Golden
                                Trial Attorney
                                33 Whitehall Street, 21st Floor
                                New York, New York  10004
                                Tel. No. (212) 510-0500