# EXHIBIT A

# **Protocol for Coordination Between Triton and BDO Seidman:**

A. Triton will:

    1. Provide BDO the list of parties Triton intends to contact, and in the future inform BDO on each Monday, Wednesday and Friday of any changes or additions.

    2. Add to the list of parties being contacted, any party provided by BDO.

    3. Provide BDO each Monday, Wednesday and Friday with a list of inquiries of interested parties who contacted Triton or who were referred to Triton during any week.

    4. Invite BDO to attend any meeting (face to face or phone or otherwise) with any interested party where material terms of a possible offer are discussed.

    5. Share with BDO Triton's analysis in making a determination of a qualified bidder and consult with BDO in such regard.

    6. Share with BDO Triton's analysis in the determination of the highest of best offer and consult with BDO in such regard.

    7. Consult with BDO on any final determination of the highest and best offer.

B. Both the Debtors and Creditors Committee must agree on the party chosen as having the highest and best offer in item A(7) above. To the extent that an agreement cannot be reached, the Debtors and Creditors Committee agree to seek immediate Court intervention and final determination of the party having made the highest and best offer.