UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                      :     Chapter 11
                                           :
THE WECK CORPORATION,                      :     Case No. 10-14349 (AJG)
d/b/a Gracious Home, *et al.*              :
                                           :
                    Debtors.               :
------------------------------------------------------------- x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF DEAN L. SILVERBERG, ON BEHALF OF EPSTEIN BECKER & GREEN P.C.

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Dean L. Silverberg, being duly sworn, upon his oath, deposes and says:

1. I am a Shareholder of Epstein Becker & Green P.C., located at 250 Park Avenue, New York, NY 10177, (the "Firm").

2. The Weck Corporation, d/b/a Gracious Home, West Weck, LLC, Gracious Home.com, LLC and Weck Chelsea, LLC, as debtors and debtors in possession (collectively, the "Debtors"),[1] have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.

---

[1] The Debtors in these cases, together with the last four digits of their respective federal tax identification numbers, are as follows: The Weck Corporation (6057); West Weck, LLC (1934); Gracious Home.com, LLC (4754); Weck Chelsea, LLC (3431).

The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. The Firm currently represents Benjamin Moore and Company, one of the 40 largest unsecured creditors of the Debtors, in matters unrelated to the Debtors' chapter 11 cases.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Except as set forth herein, neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $8,213.25 for prepetition services.

_____
Dean L. Silverberg

Subscribed and sworn to before me
this 28 day of September___, 2010

_____
Notary Public

WENDY G. MARCARI
Notary Public, State of New York
No. 02MA5029517
Qualified in Nassau County
Commission Expires June 20, 2014

NY:4571851v1

The Weck Corporation, d/b/a Gracious Home, West Weck, LLC, Gracious Home.com, LLC and Weck Chelsea, LLC
Chapter 11 Case No. 10-14349 (AJG)

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY THE WECK CORPORATION, D/B/A GRACIOUS HOME, WEST WECK, LLC, GRACIOUS HOME.COM, LLC AND WECK CHELSEA, LLC, AS DEBTORS AND DEBTORS IN POSSESSION (COLLECTIVELY, THE "DEBTORS").[1]

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn: Alison Papalexis, Esq.
apapalexis@hahnhessen.com

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Epstein Becker & Green P.C.

   250 Park Avenue

   New York, New York 10177

2. Date of retention: August 13, 2010

---

[1] The Debtors in these cases, together with the last four digits of their respective federal tax identification numbers, are as follows: The Weck Corporation (6057); West Weck, LLC (1934); Gracious Home.com, LLC (4754); Weck Chelsea, LLC (3431).

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Day-to-day advice and counsel regarding human resources and employee benefits related issues and representation in connection with employment litigation.

5. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable):

   $475.00 per hour

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $5,500.00

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $8,213.25

   Date claim arose: June 30, 2010 through August 12, 2010

   Source of claim: Legal services

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

   Source of claim: _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   N/A

   Name: DEAN L. SILVERBERG
   Title: SHAREHOLDER
   Date: September 28, 2010