HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10018
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat, Esq.
Mark T. Power, Esq.
Joseph Orbach, Esq.

Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
: 
In re : Chapter 11
: 
THE WECK CORPORATION, *et. al*. : Jointly Administered
: 
Debtors. : Case No. 10-14349 (AJG)
: 
----------------------------------------------------------------- x

## NOTICE OF DESIGNATION OF STALKING HORSE BIDDER, SUBJECT TO THE SATISFACTION OF CERTAIN CONDITIONS, AND FILING OF STALKING HORSE <u>ASSET PURCHASE AGREEMENT</u>

PLEASE TAKE NOTICE that on October 22, 2010, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Approving Stalking Horse Selection Process, Bidding Procedures, Notice of Auction Relating Thereto, Scheduling Sale Hearing and Granting Related Relief [Docket No. 167] (as amended, the "Bidding Procedures Order"), together with Bidding Procedures annexed thereto (as amended, the "Bidding Procedures").

PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures Order and Bidding Procedures, the Debtors have designated *American Retail Flagship Fund LLC* as the Stalking Horse Bidder pursuant to the Stalking Horse Bid set forth in the Asset Purchase Agreement by and between the Debtors and the Stalking Horse Bidder dated as of November 18,

2010, a copy of which is attached hereto as Exhibit A (the "Stalking Horse APA") and which the Debtors filed with the Bankruptcy Court and made available to interested parties on November 19, 2010. Non-confidential Schedules and Exhibits to the APA, as well as a redline of the Stalking Horse APA against the prior version filed in connection with the Bidding Procedures, shall be made available to interested parties upon request to the undersigned.

PLEASE TAKE FURTHER NOTICE that the Stalking Horse APA contains certain conditions which, if not satisfied prior to the Auction scheduled under the Bidding Procedures Order and Bidding Procedures, may cause the Debtors to withdraw this designation as Stalking Horse Bid and allow the Debtors to proceed with designation of an alternate Stalking Horse Bid. Any such alternate designation will be announced at, or before the commencement of the Auction.

Dated: November 19, 2010
      New York, New York

**HAHN & HESSEN LLP**

By: /s/ *Mark T. Power*
    A Member of the Firm
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat (RM-6937)
rmatzat@hahnhessen.com
Mark T. Power (MP-1607)
mpower@hahnhessen.com
Joseph Orbach (JO-1263)
jorbach@hahnhessen.com

*Counsel to the Debtors and Debtors in Possession*