HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10018
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat, Esq.
Mark T. Power, Esq.
Joseph Orbach, Esq.

Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
: 
In re                                                            : Chapter 11
                                                                 : 
THE WECK CORPORATION, *et. al*.                                  : Jointly Administered
                                                                 : 
                                        Debtors.                 : Case No. 10-14349 (AJG)
                                                                 : 
---------------------------------------------------------------- x

### NOTICE OF DESIGNATION OF BACK-UP STALKING HORSE BIDDER, AND FILING OF BACK-UP STALKING HORSE AGENCY AGREEMENT

PLEASE TAKE NOTICE that on October 22, 2010, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Approving Stalking Horse Selection Process, Bidding Procedures, Notice of Auction Relating Thereto, Scheduling Sale Hearing and Granting Related Relief [Docket No. 167] (as amended, the "Bidding Procedures Order"), together with Bidding Procedures annexed thereto (as amended, the "Bidding Procedures").

PLEASE TAKE FURTHER NOTICE that on November 19, 2010, the Debtors designated *American Retail Flagship Fund LLC* as the Stalking Horse Bidder (the "Stalking Horse Bidder") under the terms of a Stalking Horse Bid (the "Stalking Horse Bid") pursuant to the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that in view of certain conditions contained in the Stalking Horse Bid, the Debtors have designated *Gordon Brothers Retail Partners, LLC* as the

Back-up Stalking Horse Bidder pursuant to the Back-up Stalking Horse Bid set forth in the Agency Agreement by and between the Debtors and the Back-up Stalking Horse Bidder dated as of November 16, 2010, a copy of which is attached hereto as <u>Exhibit A</u> (the "Back-up Stalking Horse Agency Agreement") and which the Debtors filed with the Bankruptcy Court and made available to interested parties on November 22, 2010.  Non-confidential Schedules and Exhibits to the Agency Agreement, as well as a redline of the Back-up Stalking Horse Agency Agreement against the prior version filed in connection with the Bidding Procedures, shall be made available to interested parties upon request to the undersigned.

PLEASE TAKE FURTHER NOTICE that the Back-up Stalking Horse Agency Agreement may be the Stalking Horse Bid if certain conditions to the Stalking Horse APA are not satisfied prior to the Auction scheduled under the Bidding Procedures Order and Bidding Procedures.  Whether the Back-up Stalking Horse Bid becomes the Stalking Horse Bid will be announced at, or before the commencement of the Auction.

Dated: November 22, 2010
      New York, New York

                                            **HAHN & HESSEN LLP**

<u>By:</u> /s/ *Mark T. Power*
     A Member of the Firm
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Rosanne Thomas Matzat (RM-6937)
rmatzat@hahnhessen.com
Mark T. Power (MP-1607)
mpower@hahnhessen.com
Joseph Orbach (JO-1263)
jorbach@hahnhessen.com

*Counsel to the Debtors and Debtors in Possession*