HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10018
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power, Esq.
Joseph Orbach, Esq.

Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
In re : Chapter 11
: 
THE WECK CORPORATION, *et. al*. : Jointly Administered
: 
Debtors. : Case No. 10-14349 (AJG)
: 
------------------------------------------------------------- X

**NOTICE OF CLOSING OF SALE OF SUBSTANTIALLY
ALL OF THE DEBTORS' ASSETS TO AMERICAS RETAIL
FLAGSHIP FUND LLC OR ITS DESIGNEES OR ASSIGNS**

PLEASE TAKE NOTICE that on November 30, 2010, the Bankruptcy Court entered an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 for Approval of (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Assumption and Assignment of Certain Leases and Executory Contracts in Connection Therewith, and (III) Certain Related Relief [Docket No. 247] (the "Sale Order").

PLEASE TAKE FURTHER NOTICE that the closing on the sale of substantially all of the Debtors' assets consistent with the terms of the Sale Order Occurred on December 3, 2010.

Dated: December 6, 2010
      New York, New York

                                          **HAHN & HESSEN LLP**

                                          <u>By:</u> /s/ *Mark T. Power*

A Member of the Firm
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power (MP-1607)
mpower@hahnhessen.com
Joseph Orbach (JO-1263)
jorbach@hahnhessen.com

*Counsel to the Debtors and Debtors in Possession*