**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**In re** : **Chapter 11**
:
**The Weck Corporation, et al.**[1] : **Case No. 10-14349 (AJG)**
:
: **Jointly Administered**
**Debtors.** :
:
---------------------------------------------------------------- x

# NOTICE OF ADJOURNMENT WITH RESPECT TO
# HEARING SCHEDULED FOR JUNE 29, 2011

**PLEASE TAKE NOTICE** that a hearing to consider the relief requested in the Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Establishing Plan Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Joint Chapter 11 Plan of Liquidation (the "Motion") had been previously scheduled for June 29, 2011 at 9:30 a.m. (Eastern Time).  This hearing has been adjourned to **July 5, 2011 at 9:30 a.m.** (Eastern Time) before the Honorable Arthur J. Gonzalez, Room 523, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.  Please note that copies of the Motion have been served on the notice parties listed therein.  Additional copies can be viewed on the Court's website at www.ecf.nysb.uscourts.gov.  You may also request copies by emailing GraciousHomeinfo@gcginc.com.

---

[1] The Debtors in these cases, together with the last four digits of their respective federal tax identification numbers, are as follows:  The Weck Corporation 6057; West Weck, LLC 1934;  Gracious Home.com, LLC 4754; Weck Chelsea, LLC 3431.

Dated: June 27, 2011

                                          Respectfully submitted,

                                          By: _Rosanne Thomas Matzat_
                                                 Rosanne Thomas Matzat

                                          HAHN & HESSEN LLP
                                          488 Madison Avenue
                                          New York, New York  10022
                                          (212) 478-7200
                                          (212) 478-7400

                                          *Attorneys for Debtors and Debtors-in-Possession*